======================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

<u>     NORTHERN     </u>   DISTRICT OF   <u>     NEW YORK     </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.  6:05-CV-895 (LEK)**

IN RE:

MARC E. PEROSIO and
DEBRA J. PEROSIO,

    Debtors.

MARC E. PEROSIO and
DEBRA J. PEROSIO,

    Appellants,    Chapter 12
              Bankruptcy. Case No. 03-67641

 -against-

NBT BANK NATIONAL ASSOCIATION and
UNITED STATES OF AMERICA,

    Appellees.

<u>          </u>  JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>     XX     </u>  DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED in its ENTIRETY, in favor of the appellees (the decision of the Bankruptcy Court is affirmed) and against the appellants, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, United States District Judge, dated November 21, 2006.

DATE:<u>   November 21, 2006     </u>

**LAWRENCE K. BAERMAN**
CLERK OF THE COURT

*Scott A. Snyder*

**Courtroom Deputy to the
Honorable Lawrence E. Kahn**